IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01275-CMA-MEH

LOVE AND LOGIC INSTITUTE, INC., a Colorado corporation,
JAMES M. FAY,
CHARLES FAY, PH.D., and
FOSTER W. CLINE, M.D.,

    Plaintiffs,

v.

KATHY SLATTENGREN, and
PRICELESS PARENTING, LLC, a Washington limited liability company,

    Defendants.

---

## MOTION FOR EXTENSION OF TIME
## TO SERVE COMPLAINT ON DEFENDANTS

Plaintiffs Love & Logic Institute, Inc., James M. Fay, Charles Fay, Ph.D., and Foster W. Cline, M.D. (collectively "Plaintiffs"), by and through undersigned counsel, request an extension of time in which to.

1.     Plaintiffs filed their Complaint for Injunctive Relief and Damages ("Complaint") with the Court on June 2, 2010.

2.     Pursuant to the Court's Order of June 21, 2010, Plaintiffs are to effect service of the Complaint no later than July 21, 2010.

3.     Plaintiffs request a 30-day extension of time by which to serve Defendants with the Complaint.

2357589_1.doc

4. Plaintiffs have been in communication with Defendant Kathy Slattengren in an attempt to resolve their claims against Defendants. Plaintiffs are optimistic that the additional time will assist in facilitating and documenting a resolution so that the action may not need to proceed.

5. Defendants will not be prejudiced by the extension since they have not been formally served, and no initial scheduling conference date has been set.

WHEREFORE, Plaintiffs request that the Court grant Plaintiffs an extension of time up to and including August 20, 2010, by which to serve their Complaint on Defendants.

Respectfully submitted this 12th day of July, 2010.

By: s/ Theresa L. Corrada
Theresa L. Corrada
ISAACSON ROSENBAUM P.C.
1001 17th Street, Suite 1800
Denver, Colorado 80202
Phone: (303) 256-3926
Facsimile: (303) 292-3152
E-mail: tcorrada@ir-law.com