IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01275-CMA-MEH

LOVE AND LOGIC INSTITUTE, INC.,
JAMES M. FAY,
CHARLES FAY, Ph.D., and
FOSTER W. CLINE, M.D.,

      Plaintiffs,

v.

KATHY SLATTENGREN and
PRICELESS PARENTING, LLC,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2010.**

      Plaintiffs' Motion for Extension of Time to Serve Complaint on Defendants [filed July 12, 2010; docket #7] is **granted**.  Plaintiffs shall serve Defendants with the Complaint on or before **August 20, 2010**.