IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01275-CMA-MEH

LOVE AND LOGIC INSTITUTE, INC.,
JAMES M. FAY,
CHARLES FAY, Ph.D., and
FOSTER W. CLINE, M.D.,

      Plaintiffs,

v.

KATHY SLATTENGREN and
PRICELESS PARENTING, LLC,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2010.**

      Plaintiffs' Motion to Vacate or Reschedule Scheduling Conference [filed September 8, 2010; docket #16] is **granted**. The Scheduling Conference set for September 13, 2010, is hereby **vacated**. In light of Plaintiffs' representations that this matter has settled, Plaintiffs shall file dismissal papers on or before **September 17, 2010**.